AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Alliance Technology Group, LLC <br><br> *Plaintiff(s)* <br> v. <br> Achieve 1 Solutions, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV701 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Achieve 1, LLC
6305 Branford Landing Drive
Glen Allen, Virginia 23059

Serve On: Robert B. Smith, III, PC, Resident Agent
1500 Forest Avenue, Suite 217
Richmond, Virginia 23229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT - 4 2012

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Alliance Technology Group, LLC ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:12CV701 |
| Achieve 1, LLC, et al. ) | |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Achieve 1 Solutions, LLC
6305 Branford Landing Drive
Glen Allen, Virginia 23059

Serve On: Registered Agent Services, LLC, Resident Agent
1500 Forest Avenue, Suite 217
Richmond, Virginia 23229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT - 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Alliance Technology Group, LLC <br><br> *Plaintiff(s)* <br> v. <br> Achieve 1, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV701 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Achieve 1 Cloud Services, LLC
6305 Branford Landing Drive
Glen Allen, Virginia 23059

Serve On: Registered Agent Services, LLC, Resident Agent
1500 Forest Avenue, Suite 217
Richmond, Virginia 23229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT - 4 2012

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Alliance Technology Group, LLC | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:12CV701 |
| Achieve 1, LLC, et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Thomas
6305 Branford Landing Drive
Glen Allen, Virginia 23059

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT - 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
### Richmond Division

| | |
|---|---|
| Alliance Technology Group, LLC<br><br>*Plaintiff(s)*<br>v.<br>Achieve 1, LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:12CV701<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carrie Thomas
6305 Branford Landing Drive
Glen Allen, Virginia 23059

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT - 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

**Richmond Division**

| | |
|---|---|
| Alliance Technology Group, LLC )<br><br>*Plaintiff(s)* )<br>v. )  Civil Action No. **3:12CV701**<br>Achieve 1, LLC, et al. )<br><br>*Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kevin Mingee
118 Cynthia Drive
Hampton, Virginia 23666

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT - 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Alliance Technology Group, LLC <br><br> *Plaintiff(s)* <br> v. <br> Achieve 1, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:12CV701 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shane Pierce
11712 Bosworth Drive
Glen Allen, Virginia 23059

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT - 4 2012

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

| | | |
|---|---|---|
| Alliance Technology Group, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:12CV701 |
| Achieve 1, LLC, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* William Ralston
1950 Greenbrier Circle
Blackburg, Virginia 24060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT - 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

| | | |
|---|---|---|
| Alliance Technology Group, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:12CV701 |
| Achieve 1, LLC, et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tyler Staddon
3248 Fayette Drive
Virginia Beach, Virginia 23456

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT - 4 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
**Richmond Division**

| | |
|---|---|
| Alliance Technology Group, LLC <br><br> *Plaintiff(s)* <br> v. <br> Achieve 1, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:12CV701 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Robert Timmons
8109 Perrincrest Place
Mechanicsville, Virginia 23116

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Dillon, III
Hirschler Fleischer
2100 East Cary Street
Richmond, Virginia 23223

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: OCT - 4 2012

*Signature of Clerk or Deputy Clerk*